AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT
## District of Colorado

## EXEMPLIFICATION CERTIFICATE

I, __JEFFREY P. COLWELL__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Name Change Petition

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __Denver__ on __12/09/2025__

City / Date

__[signature]__ / __s/ Z. Cothran__
Clerk / (By) Deputy Clerk

I, __Phillip A. Brimmer__, a Judicial Officer of this Court, certify that __JEFFREY P. COLWELL__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__12/09/2025__
Date

__[signature]__
Signature of Judge

__Chief Judge__
Title

I, __JEFFREY P. COLWELL__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Phillip A. Brimmer__, Judge, named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at __Denver__ in this State, on __12/09/2025__

City / Date

__[signature]__ / __s/ Z. Cothran__
Clerk / (By) Deputy Clerk





**Petition for Name Change**
Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form N-662

A-208324606

### Information About You (Petitioner)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete **Item Number lines 1 – 8.** (Type or print clearly.)

1. **Full and Correct Name (Current Name)**
   - Given Name (First Name): KARLA
   - Middle Name:
   - Family Name (Last Name): BARATTO-O'BRIEN

2. **Mailing Address**
   - Street Number and Name: 957 S EMERSON ST
   - City or Town: DENVER
   - State: CO
   - ZIP Code: 80209-4329

3. **Country of Citizenship or Nationality:** Brazil
4. **Date of Birth (mm/dd/yyyy):** 08/24/1977
5. **Alien Registration Number (A-Number):** A-208324606

6. ☒ I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. **I petition the court to change my name to:**
   - First Name: KARLA
   - Middle Name:
   - Last Name: GUTIERREZ BARATTO

8. **Signature and Date**
   - Signature of Petition (Use your current name): *[signature]*
   - Date (mm/dd/yyyy): 05/07/2024

### Certification of Name Change

I certify that the above petition was granted by the court on this date, **JUN 2 0 2024** (mm/dd/yyyy)

Signature of Clerk: **JEFFREY P. COLWELL**
Signature of Deputy Clerk: *[signature]*

### Important Information

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per order of the court.

Form N-662 05/20/16

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 9th day of December, 2025
JEFFREY P. COLWELL
By *[signature]*
Deputy

AO 390            **APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document
2. has been signed by .... Zoe Cothran
3. acting in the capacity of .... Deputy Clerk
4. bears the seal/stamp of .... US District Court - District of Colorado

**CERTIFIED**

5. at .... Denver, Colorado    6. the .... 12/9/2025
7. by .... Emily Gutho
8. No. .... 216
9. Seal/Stamp      10. Signature:

---

AO 392
(5/81)

**APOSTILLE INDEX CARD**

216            12/9/2025
APOSTILLE NUMBER          DATE ISSUED

Zoe C___
SIGNATURE CERTIFIED (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE AND/OR SEAL/STAMP OF

Emily Gutho
ISSUING DEPUTY CLERK

---

AO 391
(5/81)

**APOSTILLE SPECIMEN SIGNATURE CARD**

Zoe C___            12/9/2025
SIGNATURE               DATE

Zoe Cothran           (AFFIX SEAL/STAMP)
SIGNATURE (PRINT OR TYPE)

Deputy Clerk
CAPACITY OR TITLE